# UNITED STATES DISTRICT COURT

### for the

### Southern District of Ohio

| | |
|---|---|
| GARY L. MCKENZIE | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.   3:16-cv-348 |
| COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   the Court AFFIRMS the ALJ's non-disability finding as supported by substantial evidence and
TERMINATES this case on the Court's docket.

  .

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Michael J. Newman _____ on a motion for
Decision and Entry

Date: _____8/25/17_____

CLERK OF COURT

*Signature of Clerk or Deputy*